*E-Filed 12/3/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ALFONSO MIRA, et al.,

        Plaintiffs,

  v.

GMAC MORTGAGE, et al.,

        Defendants.
_____/

No. C 10-3394 RS

**ORDER OF DISMISSAL**

      On October 13, 2010, this Court dismissed plaintiffs' Complaint in its entirety for failure to plead a claim for relief. Save for plaintiffs' sixth claim, the Miras were afforded leave to amend. In the interest of managing its civil docket, the Court imposed a filing deadline of thirty days. The Miras were warned that failure to file an amended complaint in a timely fashion would result in dismissal with prejudice on the merits (consistent with the analysis set forth in the October 13 Order), and dismissal on the additional ground of failure to prosecute. The Order explained that the Court would also be obligated to grant defendant's motion to expunge plaintiffs' lis pendens in the event it dismissed plaintiffs' real property claims with prejudice.

      The filing deadline has passed, and yet the Miras have neither filed an amended complaint nor any documents that might suggest some intent to participate in this litigation. Accordingly, the

Mira's claims shall be dismissed with prejudice and defendant's motion to expunge the lis pendens shall be granted. All hearing dates are vacated.

IT IS SO ORDERED.

Dated: 12/3/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-3394 RS
ORDER